IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MARY DAVIS                                                                          PLAINTIFF

VS.                                                            CIVIL ACTION NO.  3:22-cv-00159-TSL-MTP

WAL-MART STORES EAST, LP;
AND JOHN AND JANE DOES 1-10                                            DEFENDANTS

## NOTICE OF FILING

**COMES NOW** Defendant, Wal-Mart Stores East, LP ("Walmart"), pursuant to Local

Uniform Rule 5(b), and hereby files a copy of the State Court record as follows:

1. Mississippi Electronic Courts Case Docket Report
2. Complaint and Civil Cover Sheet [Doc. #2]
3. Summons issued to Walmart [Doc. #3]
4. Summons return on Walmart [Doc. #4]
5. Entry of Appearance by Michael J. Cefalu for Plaintiff [Doc. #5]
6. Walmart's Answer and Affirmative Defenses [Doc. #6]
7. Walmart's Notice of Service - First Set of Interrogatories, First Set of Requests for Production of Documents, and Requests for Admissions to Plaintiff [Doc. #7]
8. Plaintiff's Notice of Service of Discovery - Responses to Requests for Admissions [Doc. #8]
9. Plaintiff's Notice of Service of Discovery - First Set of Interrogatories and First Set of Requests for Production of Documents to Walmart [Doc. #9]

THIS, the 24th day of March, 2022.

Respectfully submitted,

**WAL-MART STORES EAST, LP**

By:  */s/ Rajita Iyer Moss*
     Thomas M. Louis (MSB No. 8484)
     Rajita Iyer Moss (MSB No. 10518)

OF COUNSEL:

WELLS MARBLE & HURST, PLLC
POST OFFICE BOX 131
JACKSON, MISSISSIPPI 39205-0131
TELEPHONE:  601-605-6900
FACSIMILE:    601-605-6901
tlouis@wellsmarble.com
rmoss@wellsmarble.com