IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MARY DAVIS                                                                                    PLAINTIFF

VS.                                                       CIVIL ACTION NO. 3:22-cv-00159-TSL-MTP

WAL-MART STORES EAST, LP;
AND JOHN AND JANE DOES 1-10                                           DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come on for consideration on the *ore tenus* motion of Plaintiff, Mary Davis, through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, and the Court, understanding that the attorney for Defendant, Wal-Mart Stores East, LP, joins this motion, finds that the relief requested is well founded and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the herein-styled and numbered cause be, and the same hereby is, dismissed with prejudice.

**SO ORDERED**, this the 9th day of February, 2023.

                                                           UNITED STATES DISTRICT JUDGE

**APPROVED AND AGREED TO BY**:

*/s/ Thomas M. Louis*
Thomas M. Louis (MSB #8484)
Rajita Iyer Moss (MSB #10518)
Wells Marble & Hurst, PLLC
P. O. Box 131
Jackson, MS 39205-0131
***Attorney for Defendants***

*/s/ Mike Saltaformaggio*
Mike Saltaformaggio (MSB #104000)
Maggio Thompson, LLP
1227 E. Fortification Street
Jackson, MS 39202
***Attorney for Plaintiff***